UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **DISCOVERORG DATA, LLC,**<br><br>                              Plaintiff,<br><br>     v.<br><br>**THISWAY GLOBAL, LLC,**<br><br>                              Defendant. | Civil Action No. 3:20-cv-00190-G |

**PLAINTIFF DISCOVERORG DATA, LLC'S**
**NOTICE OF LEAD COUNSEL CHANGE OF ADDRESS**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff DiscoverOrg Data, LLC ("Plaintiff"), submits this Notice of Change of Address of its lead counsel, and respectfully states as follows:

Plaintiff's lead counsel on this matter, Darin M. Sands, Bar No. 257363, has moved his law practice to Bradley Bernstein Sands LLP.  He will continue to be lead counsel on this matter.

His new law firm and contact information are as follows:

> Bradley Bernstein Sands LLP
> PO Box 4120
> PMB 62056
> Portland, Oregon 97208-4120
> Telephone: 503.734.2480

Respectfully submitted,

FORD & HARRISON LLP

By: */s/ Rachel Z. Ullrich*
　　Rachel Z. Ullrich
　　ATTORNEY IN CHARGE
　　Texas Bar No. 24003234
　　RUllrich@fordharrison.com
　　1601 Elm Street, Suite 4450
　　Dallas, Texas  75201
　　Telephone:  (214) 256-4700
　　Facsimile:  (214) 256-4701

**OF COUNSEL:**

**FORDHARRISON LLP**
1601 Elm Street, Suite 4450
Dallas, Texas  75201
Telephone:  (214) 256-4700
Facsimile:  (214) 256-4701

　　and

　　Darin M. Sands,
　　Bar No. 257363
　　**BRADLEY BERNSTEIN SANDS LLP**
　　PO Box 4120
　　PMB 62056
　　Portland, Oregon 97208-4120
　　Telephone: 503.734.2480
　　dsands@bradleybersteinllp.com

　**ATTORNEYS FOR PLAINTIFF
　DISCOVERORG DATA, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th of July, 2020, I filed a copy of the foregoing ***Plaintiff's Notice of Lead Counsel Change of Address*** with the Clerk of the Court using the CM/ECF system that will send notification of such filing to all counsel of record.

    */s/ Rachel Ziolkowski Ullrich*
    Rachel Ziolkowski Ullrich

WSACTIVELLP:11665091.1